JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ANDREAS HERNANDEZ, | Case № 2:19-cv-01267-ODW (KSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF CULVER CITY, et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss and Motion to Strike,

IT IS ADJUDGED that the action is dismissed without prejudice.

The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 11, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**